IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT L. CARR AND THERESA A. CARR,<br><br>　　　　Defendants and Judgment Debtors. | Case No. 2:15-mc-00037-WBS-KJN<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (RETIREMENT ACCOUNT)**<br><br>Criminal Case No. 2:09-cr-00170-GEB |
| PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND,<br><br>　　　　Garnishee. | |

The Court, having reviewed the court files and the United States' Request to Terminate Writ of Continuing Garnishment (Retirement Account), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. The Writ of Garnishment previously issued on September 18, 2013 against Robert L. Carr and Theresa A. Carr (ECF No. 11) is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C); and

2. The Clerk of the Court is ordered to CLOSE this garnishment action.

Dated: January 15, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr.37